UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KEITH B. CAMPBELL,<br><br>        Plaintiff,<br>v.<br><br>HRH HILL INTERNATIONAL & TDX<br>CONSTRUCTION CORP.,<br><br>        Defendants. | Civil Action No.<br>No. 3:17-cv-02148 (CSH)<br><br>February 27, 2018 |

## RULING AND ORDER OF DISMISSAL

**HAIGHT, Senior District Judge:**

This Court has reviewed Judge Merriam's thorough and well-reasoned Recommended Ruling [Doc. 8] in this matter. Absent objection, the Court reviews a recommended ruling for clear error. *Campbell v. Astrue*, 596 F. Supp. 2d 446, 448 n.1 (D. Conn. 2009). *See also* Fed. R. Civ. P. 72 (b); D. Conn. Loc. R. Civ. P. 72.2. Finding none, the ruling is adopted and Plaintiff's Complaint [Doc. 1] is DISMISSED, with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i)-(ii).

There is no mistaking the sincerity of Mr. Campbell's belief that his former employer treated him unfairly. However, under the governing statutes, this Court is a court of limited jurisdiction, and has the power to adjudicate a plaintiff's claim only if the claim sufficiently identifies a legal basis for its assertion. This plaintiff fails to do that, for the reasons detailed by Judge Merriam, and there is no reason to think that an amended complaint would change the situation.

The clerk is directed to enter judgment for Defendants and close the file.

It is SO ORDERED.

1

Dated:   New Haven, Connecticut
         February 27, 2018

                                        /s/Charles S. Haight, Jr.
                                        CHARLES S. HAIGHT, JR.
                                        Senior United States District Judge